IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS UNDER |
| | ) | CHAPTER 13 |
| Sonya J. Huss | ) | |
| | ) | CASE NO.: 10-17004 |
| | ) | |
| | ) | JUDGE Morgenstern-Clarren |
| | ) | |
| Debtor | ) | **OBJECTION TO ALLOWANCE OF** |
| | ) | **CLAIM NUMBER TEN FILED BY** |
| | ) | **LEASE AND RENTAL MANAGEMENT** |
| | ) | **CORP. D/B/A AUTO LOAN** |

    Now comes Jonathan I. Krainess, attorney for Debtor herein, and objects to claim number ten filed by Lease and Rental Management Corp. d/b/a Auto Loan. Said claim was filed for $10,048.25 at 21% interest. Debtor's plan was confirmed allowing for a secured value of $10,122.00 at 4.5% interest.

    Wherefore Debtor prays said claim be adjusted to the terms specified in the confirmed plan.

    Respectfully Submitted,

/S/ Jonathan I. Krainess
Krainess Law Firm, LLC
Jonathan I. Krainess (0073093)
13880 Cedar Rd.
Cleveland, OH 44118
216-320-4357
jkrainess@sbcglobal.net

**CERTIFICATE OF SERVICE**

    The undersigned certifies that a copy of the foregoing Objection was mailed via ordinary mail, or was otherwise served as indicated, this 12th day of October 2010.

| | | |
|---|---|---|
| Jonathan I. Krainess | Craig Shopneck | U. S. Trustee |
| (Electronic Service) | (Electronic Service) | (Electronic Service) |

Sonya Huss
1496 Westford Circle #211
Westlake, OH 44145

Lease and Rental Management Corp. d/b/a Auto Loan
Attn: Executive Officer or President
45 Haverhill Street
Andover MA 01810

/s/Jonathan I. Krainess
Jonathan I. Krainess, Esq.