**This document was signed electronically on November 24, 2010, which may be different from its entry on the record.**

**IT IS SO ORDERED.**



_____
**Pat E. Morgenstern-Clarren**
**Dated: November 24, 2010**    **United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS UNDER |
| | ) | CHAPTER 13 |
| Sonya J. Huss | ) | |
| | ) | CASE NO.:10-17004 |
| | ) | |
| | ) | JUDGE Morgenstern-Clarren |
| | ) | |
| Debtor | ) | **ORDER** |

    This day this cause came to be considered upon the debtor's objection to claim #10 filed by Lease and Rental Management Corp dba Auto Loan. Lease and Rental Management Corp dba Auto Loan filed no pleading and did not appear at said hearing.

    It is therefore ordered that the objection be sustained forth with and the claim be adjusted to the terms specified in the confirmed plan.

Respectfully Submitted,

/s/ Jonathan I. Krainess
Krainess Law Firm LLC
Jonathan I. Krainess (0073093)
13880 Cedar Rd.
Cleveland, OH 44118
216-320-4357
jkrainess@sbcglobal.net

## LIST OF PARTIES TO BE SERVED

Jonathan I. Krainess
(Electronic Service)

Craig Shopneck, Trustee
(Electronic Service)

U.S. Trustee
(Electronic Service)

Lease and Rental Management Corp. d/b/a Auto Loan
Attn: Executive Officer or President
45 Haverhill Street
Andover MA 01810

Sonya Huss
1496 Westford Circle #211
Westlake, OH 44145